

Jordan M. Smith

Akerman LLP
666 Fifth Avenue
20th Floor
New York, NY  10103

D: 212 880 3838
T: 212 880 3800
F: 212 880 8965
DirF: 212 905 6447
Jordan.Smith@akerman.com

December 23, 2019

**VIA ECF**

Honorable Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

Re:   Marguerite Gabriel v. Newrez LLC
      19-cv-06738 (RRM) (VMS)

Dear Judge Scanlon:

We represent Shellpoint Loan Servicing, sued herein as Newrez LLC f/k/a/ New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing, in the above-referenced action.  We submit this letter to request a thirty-day extension of time to respond to the complaint due December 24, 2019.  There have been no previous requests for extension, and the extension will not affect any other scheduled dates.

The reason for this request is that we were recently retained and require additional time to investigate the allegations of the complaint and, if appropriate, seek an early resolution of the matter.

Adam Michael Birnbaum, Esq., counsel for plaintiff Marguerite Gabriel consents to this request.  Therefore, we respectfully request defendant Shellpoint's time to respond to the complaint be extended to January 23, 2020.

Thank you for your consideration of this request.

Respectfully submitted,

/s/ Jordan M. Smith

Jordan M. Smith

akerman.com

Honorable Vera M. Scanlon
December 23, 2019
Page 2

cc: Adam Michael Birnbaum, Esq. (via CM/ECF)
    Korsinsky & Klein, LLP
    2926 Avenue L
    Brooklyn, New York 11210
    *Counsel for Plaintiff*