# KORSINSKY & KLEIN, LLP

**2926 Avenue L**
**Brooklyn, New York 11210**

———————

**TEL: (212) 495-8133**
**WWW.KKLAWFIRM.COM**

| | |
|---|---|
| *PARTNERS:* | *ASSOCIATES:* |
| MICHAEL KORSINSKY, ESQ. * | SAMUEL DIAMANTSTEIN, ESQ.* |
| JOSEPH KLEIN, ESQ., CPA* | ADAM M. BIRNBAUM, ESQ. ** |
| | MARC ILLISH, ESQ. |
| *COUNSEL:* | SANDRA DAVERMANN, ESQ.*** |
| DANIEL LIEBERMAN, ESQ. | KENNETH RENOV, ESQ.* |

*MANHATTAN OFFICE*
One Penn Plaza, Suite 1920
New York, New York 10119

\* Admitted in NY & NJ
\*\* Admitted in NY & MA
\*\*\* Admitted in NY & NC

May 27, 2020

*VIA ECF ONLY*
Honorable Roslynn R. Mauskopf, USDJ
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

<u>**Re: Gabriel v. Newrez LLC**</u>
19-CV-6738 (RRM)(VMS)

Dear Judge Mauskopf,

This office represents the plaintiff in the matter referenced above and in accord with Your Honor's Individual Rule II(E), we seek an extension of time to move to strike several affirmative defenses asserted in defendant's answer pursuant to FRCP 12(f)(2). This is the first request for such an extension.

Defendant served its answer on May 6, 2020 thereby setting the deadline to serve a motion to strike on May 27, 2020. In the meantime, counsel for the parties conferred on the possibility of stipulating to the withdrawal of the defenses. However, defendant just confirmed that it seeks to maintain the defenses, but also graciously consented to a 14-day extension for plaintiff to file such a motion. We expect that if the motion is granted, it would narrow the issues in the case, as well as discovery.

I am currently out on parental leave, but I will have the pre-motion conference request letter filed by the requested time.

Thank you for your consideration of this matter.

Respectfully submitted,
**KORSINSKY & KLEIN, LLP**

By: /s/ Adam M. Birnbaum
        Adam M. Birnbaum, Esq.

CC: Opposing Counsel via ECF