# KORSINSKY & KLEIN, LLP
**2926 Avenue L**
**Brooklyn, New York 11210**

**TEL: (212) 495-8133**
**WWW.KKLAWFIRM.COM**

| | |
|---|---|
| *PARTNERS:* | *ASSOCIATES:* |
| MICHAEL KORSINSKY, ESQ. * | SAMUEL DIAMANTSTEIN, ESQ.* |
| JOSEPH KLEIN, ESQ., CPA* | ADAM M. BIRNBAUM, ESQ. ** |
| | MARC ILLISH, ESQ. |
| *COUNSEL:* | SANDRA DAVERMANN, ESQ.*** |
| DANIEL LIEBERMAN, ESQ. | KENNETH RENOV, ESQ.* |

<u>MANHATTAN OFFICE</u>  * Admitted in NY & NJ
One Penn Plaza, Suite 1920  ** Admitted in NY & MA
New York, New York 10119  *** Admitted in NY & NC

June 24, 2020

*VIA ECF ONLY*
Honorable Eric R. Komitee, USDJ
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: Gabriel v. Newrez LLC**
19-CV-6738 (EK)(VMS)

Dear Judge Komitee,

This office represents the plaintiff in the above-referenced matter. Judge Mauskopf previously directed undersigned counsel, by minute order dated June 17, 2020, to file a letter with the Court on or before today's date stating whether Ms. Gabriel still intends to file a motion to strike six of the Defendant's affirmative defenses. In light of the Defendant's withdrawal of its laches, breach of duties, and reservation affirmative defenses, the Plaintiff hereby withdraws its request for a pre-motion conference.

Respectfully submitted,
**KORSINSKY & KLEIN, LLP**

By: /s/ Adam M. Birnbaum
Adam M. Birnbaum, Esq.

cc:   Jordan M. Smith, Esq. (via ECF)
*Counsel for the Defendant*