CIVIL CAUSE FOR TELEPHONE ORAL ARGUMENT

BEFORE JUDGE: Eric Komitee, U.S.D.J.
DATE: 2/16/2022
TIME IN COURT: 1 Hr. 20 MIN

DOCKET NUMBER: CV 19-6738
TITLE: Gabriel v. Newrez LLC

COURT REPORTER: Electronically Recorded
FTR LOG:

APPEARANCES:

    Plaintiff:    Adam Birnbaum, Michael Korsinsky
    Defendant:    Jordan Smith

SUMMARY: Discussion held. Decision reserved. The parties' post-hearing letters, not to exceed three pages, due by February 25, 2022.